IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| GUTMANN PROPERTIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 120321D |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

At the initial case management conference held June 25, 2012, the parties agreed that a trial would be held at 9:00 a.m. on December 12, 2012, to consider Plaintiff's appeal. On June 25, 2012, the court sent notice of the scheduled trial to Plaintiff at the email address Plaintiff provided to the court. The notice was not returned as undeliverable. The notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff failed to appear for trial.  Plaintiff has not communicated with the court, explaining why it failed to appear.  Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution.  Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ___ day of December 2012.


_____
JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision of Dismissal was signed by Presiding Magistrate Jill A. Tanner on December 12, 2012.  The Court filed and entered this Decision of Dismissal on December 12, 2012.*